# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DONNA BROERS,<br><br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:16-CV-3155-JTR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED. Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED. Judgment is entered in favor of PlaintIff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   John T. Rodgers   on Motions for Summary Judgment (ECF Nos. 14 and 15).

Date: September 18, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb